UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MELISSA MACKEY,** | ) |
| **Plaintiff,** | ) No. 3:12-cv-00237 |
| | ) Judge Campbell |
| v. | ) |
| **MEHARRY GENERAL HOSPITAL,** | ) |
| **Defendant.** | ) |

**O R D E R**

Plaintiff Melissa Mackey, an inmate at the Mark H. Luttrell Correctional Center in Memphis, Tennessee, brings this *pro se, in forma pauperis* action under 42 U.S.C. § 1983 against Meharry General Hospital. (Docket No. 1).

As provided in the accompanying memorandum, the plaintiff's federal claims against defendant Meharry General Hospital are **DISMISSED** for failure to state claims on which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(ii) and 1915A(b)(1). Having dismissed the plaintiff's federal claims over which the court has original jurisdiction, the court declines to exercise supplemental jurisdiction of the plaintiff' state law claims. 28 U.S.C. § 1367(c)(3). Therefore, the plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

Because an appeal would **NOT** be taken in good faith, the plaintiff is **NOT** certified to pursue an appeal from this judgment *in forma pauperis*. 28 U.S.C. § 1915(a)(3). Nevertheless, should the plaintiff decide to file a notice of appeal, she either must pay the Clerk of Court the full four hundred fifty-five dollar ($455.00) appellate filing fee, or submit a new application to proceed *in forma*

1

*pauperis* with a certified copy of her inmate trust account statement for the previous six (6) month period. 28 U.S.C. §§ 1915(a)(1) & (a)(2).

It is so **ORDERED.**

*[signature: Todd Campbell]*

Todd J. Campbell
United States District Judge